**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTÔNIO PEREIRA ASSOCIATION and
PASÁRGADA ASSOCIATION, on behalf of
themselves and all others similarly situated,

                Plaintiffs,                23 **CIVIL** 8160 (JPC)

      -against-                     **JUDGMENT**

MERRILL LYNCH, PIERCE, FENNER &
SMITH INC., et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2024, Defendants' motion is granted, and the Complaint is dismissed without prejudice.

**Dated**: New York, New York

September 30, 2024

                                            **DANIEL ORTIZ**
                                    **Acting Clerk of Court**

                **BY:**        _____
                                       **Deputy Clerk**